**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 02: 05cv1652 |
| | ) | |
| ANTOINE F. CAWOG and | ) | |
| AURORA N. CAWOG, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER FOR ENTRY OF DEFAULT JUDGMENT**

Upon consideration of the MOTION FOR ENTRY OF DEFAULT JUDGMENT

AGAINST DEFENDANTS ANTOINE F. CAWOG AND AURORA N. CAWOG, together

with the Memorandum of Law in Support thereof, filed by the United States of America,

The Court finding that good cause exists for granting said motion, it is hereby

**ORDERED** that the MOTION FOR ENTRY OF DEFAULT JUDGMENT

AGAINST DEFENDANTS ANTOINE F. CAWOG AND AURORA N. CAWOG be and

hereby is **GRANTED**; and it is further

**ORDERED** that **JUDGMENT** be entered in favor of the United States and against

defendants Antoine F. Cawog and Aurora N. Cawog; for the unpaid federal individual income

taxes for the years ending December 31, 1986; December 31, 1987; December 31, 1988;

December 31, 1989; December 31, 1995; December 31, 1996; and December 31,1997; and

penalties and interest thereon, for a total of $2,462,889.75, plus interest according to 28 U.S.C.

§ 1961(c) from May 15, 2006 until paid; and it is further

**ORDERED, ADJUDGED AND DECREED** that the federal tax liens of the United

States are valid and existing liens against all property and rights to property owned by the

defendants, Antoine F. Cawog and Aurora N. Cawog.  The federal tax liens are hereby foreclosed against all rights to property owned by the defendants, Antoine F. Cawog and Aurora N. Cawog, in the subject real property located at 102 Foxwood Lane, Greensburg, Pennsylvania; 422 Main Street, Irwin, Pennsylvania; and 30 S. 4th Street, Youngwood, Pennsylvania.  Accordingly, the subject real property shall be turned over to the Internal Revenue Service, and sold, by the Internal Revenue Service, through its property appraisal and liquidation service, or by such representative as may be appointed or employed, in accordance with Title 28, United States Code, pursuant to any Order of Sale entered by this Court.

The United States shall, within 30 days from the date this Order and Judgment is entered on the docket, submit to the Court a proposed Order directing the sale of the subject real properties.

The Clerk of Court shall enter judgment accordingly pursuant to Federal Rule of Civil Procedure 58.

So **ORDERED** this 11th day of May, 2006.


BY THE COURT:

s/Terrence F. McVerry
United States District Court Judge

cc:       R. Scott Clarke,
           United States Department of Justice
           Email: Russell.S.Clarke@usdoj.gov

           Antoine F. Cawog
           102 Foxwood Lane
           Greensburg, PA 15601

           Aurora Cawog
           102 Foxwood Lane
           Greensburg, PA 15601