IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 02: 05cv1652 |
| | ) | |
| ANTOINE F. CAWOG AND | ) | |
| AURORA CAWOG, | ) | |
| Defendants. | ) | |

## ORDER PERMITTING DEFENDANTS TO OCCUPY PREMISES PENDING CONFIRMATION OF SALE

The United States of America, having requested and been granted the foreclosure of its liens upon the Defendants' real properties, and Stephanie Cawog having submitted a successful bid for the property at the sale, along with a ten percent deposit and the balance of the purchase price, and good cause having been found,

**IT IS HEREBY ORDERED** that the defendants, Antoine and Aurora Cawog, may occupy the real properties commonly known as 102 Foxwood Lane, Greensburg, Pennsylvania, and 422 Main Street, Irwin, Pennsylvania pending final confirmation of the sale by this Court, and it is

**FURTHER ORDERED** that all other terms of the Order of Sale and Order to Vacate shall remain in full force and effect.

Dated this 20th day of October, 2006.

BY THE COURT:

s/Terrence F. McVerry
United States District Court Judge

cc: R. Scott Clarke,
United States Department of Justice
Email: Russell.S.Clarke@usdoj.gov

Samuel Oppenheim, Esquire
429 Forbes Avenue
708 Allegheny Building
Pittsburgh, PA 15219